THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
1165 Hoff way, #205
Orland, CA 95963
Telephone: 415-389-8600
Email: tfrankovich@disabilitieslaw.com

Attorney for Plaintiff
JAIME RANBERG

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME RANBERG, <br><br> Plaintiff, <br><br> v. <br><br> JORGE GUTIERREZ, et al., <br><br> Defendants. | CASE NO. 4:18-cv-07775-HSG <br><br> **STIPULATION TO EXTEND THE TIME FOR MEDIATION** AND ORDER |

The parties by and through their respective attorneys of record respectfully request and stipulate to the following:

1. Whereas, the case was filed on December 28, 2018; and

2. Whereas, an extension was granted to serve defendants no later than May 2, 2019; and

3. Whereas, defendants were served on April 7, 2019; and

4. Whereas, defendants answered the complaint on May 22, 2019; and

5. Whereas, a joint inspection of premises was held on August 21, 2019; and

6. Whereas, in light of the above, the parties agree, stipulate, and respectfully request that the last day for mediation be continued up to and including October 2, 2019.

**STIPULATION TO EXTEND THE TIME FOR MEDIATION**

Case No. 4:18-cv-07775-HSG

1

IT IS SO STIPULATED:

Dated: August 29, 2019         /s/ Thomas E. Frankovich

                               Thomas E. Frankovich

                               Attorney for Plaintiff JAIME RANBERG


Dated: September 10, 2019      /s/ Cris C Vaughan

                               Cris Campbell Vaughan

                               Attorney for Defendant

                               Jorge Gutierrez and Martha Gutierrez


**ORDER**

GOOD CAUSE APPEARING it is so ordered. Parties shall have up to and including October 2, 2019 to conduct mediation.

IT IS SO ORDERED.

DATED: 9/11/2019

Judge Haywood S Gilliam, Jr